UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION

v

GARTH RONALD PETERSON
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 2 2013 ★
BROOKLYN OFFICE

ORDER
CV12-2033

**Jack B. Weinstein, Senior United States District Judge**

The court has a motion for approval of the sixth interim fee application for the quarterly period ended September 30, 2013 of receiver, Marion A. Hecht, and CliftonLarsonAllen, LLP, and receiver's counsel, Whiteford, Taylor and Preston L.L.P.

The court requests the Securities and Exchange Commission to advise the court on the reasonableness of those fees and on how long they are expected to continue.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 12/9/13