IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § § | Civil Action No. CV 12-2033 |
| vs. § § | Weinstein, Jack B. |
| GARTH RONALD PETERSON, § § § | |
| Defendant. § § | |

## MOTION SEEKING AUTHORITY TO WIND UP THE RECEIVERSHIP ESTATE

Marion A. Hecht ("Receiver"), the duly appointed Receiver for Receivership Estate of Garth R. Peterson, by and through her counsel, Whiteford, Taylor & Preston L.L.P., hereby moves this Court for an order, in the form submitted concurrently herewith, approving and authorizing certain actions in order to complete administration of the Receivership Estate.

The relief requested in this Motion, and the bases therefore, are set forth in the accompanying Memorandum, which is incorporated herein by reference as if fully set forth.

Dated:   July 16, 2018          Respectfully submitted,

/s/  Brent Charles Strickland
Brent Charles Strickland, Esquire, NY Bar No. BS7811
Whiteford Taylor & Preston L.L.P.
7501 Wisconsin Avenue
Bethesda, Maryland 20814
410.347.9402 Direct dial
410.223.1302 Facsimile

        Martin T. Fletcher, Esquire
        David Daneman, Esquire
        Whiteford Taylor & Preston L.L.P.
        Seven Saint Paul Street
        Baltimore, Maryland  21202
        410.347.8700 Main Telephone
        410.752.7092 Main Facsimile
        bstrickland@wtplaw.com
        mfletcher@wtplaw.com
        ddaneman@wtplaw.com

        *Attorneys for Marion A. Hecht, Receiver*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 16th day of July, 2018, that a copy of the forgoing Motion Seeking Authority to Wind Up The Receivership Estate and Proposed Order was mailed via first class mail, postage prepaid, and/or electronic mail, to:

| | |
|---|---|
| Richard Hong<br>Securities & Exchange Commission<br>200 Vesey Street, Suite 400<br>New York, NY 10281<br>hongr@sec.gov | David Neuman<br>Securities & Exchange Commission<br>100 F Street, NE Mail Stop 4010-A<br>Washington, DC 20549<br>neumand@sec.gov |
| Frank H. Wohl<br>Lankler Siffert & Wohl LLP<br>500 Fifth Avenue, 33rd Floor<br>New York, NY 10110<br>fwohl@lswlaw.com | Winston Paes<br>United States Attorney's Office<br>Eastern District of New York<br>271 Cadman Plaza East, 5th Floor<br>Brooklyn, NY 11201<br>winston.paes@usdoj.gov |
| Abigail Elizabeth Rosen<br>Lankler Siffert & Wohl<br>500 Fifth Avenue<br>33rd Floor<br>New York, NY 10110<br>arosen@lswlaw.com | Jason A. Jones<br>U.S. Department of Justice<br>1400 New York Avenue, NW<br>(Bond Building)<br>Washington, DC 20005<br>jason.jones5@usdoj.gov |
| Garth R. Peterson at last known email addresses:<br>garth.r.peterson@gmail.com<br>R970351339@qq.com | |

                                               */s/ Brent Charles Strickland*
                                               Brent Charles Strickland, Esquire