IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § § vs. § § GARTH RONALD PETERSON, § § Defendant. § § | Civil Action No. CV 12-2033 Weinstein, Jack B. |

**RECEIVER'S MOTION FOR APPROVAL OF (I) FINAL REPORT AND FINAL ACCOUNTING; (II) FORMAT OF PROPOSED ORDER DISCHARGING RECEIVER AND TERMINATING RECEIVERSHIP; AND (III) FORM OF NOTICE OF TERMINATION OF RECEIVERSHIP**

Marion A. Hecht ("Receiver"), Receiver for Garth R. Peterson, by and through her counsel, Whiteford, Taylor & Preston L.L.P., hereby moves the Court for an order, in the form submitted concurrently herewith, approving and authorizing the following necessary actions to complete administration of the receivership estate of Garth R. Peterson now that the receivership proceeding relating to Garth R. Peterson has been concluded and that the Disgorged Asset which was the subject of this receivership estate has been fully administered by the Receiver, all as set forth in previous filings with the Court and orders entered by the Court over the course of this receivership:

1. The Receiver's Final Report and Final Accounting;

2. The format of a proposed order discharging receiver and terminating receivership appended as Exhibit 2; and

3. The form of notice to parties in interest for the proposed termination of this receivership proceeding appended as Exhibit 3.

The relief requested in this motion, and the bases therefor, are set forth in the accompanying memorandum and in the Final Report and Final Accounting of the Receiver attached hereto, which

are incorporated herein by this reference as if fully set forth herein.


Dated: October 18, 2018					Respectfully Submitted,



							/s/  Brent Charles Strickland
							Brent Charles Strickland, Esquire, NY Bar No. BS7811
							Whiteford Taylor & Preston L.L.P.
							7501 Wisconsin Avenue
							Bethesda, Maryland 20814
							410.347.9402 Direct dial
							410.223.1302 Facsimile
							Martin T. Fletcher, Esquire
							David Daneman, Esquire
							Whiteford Taylor & Preston L.L.P.
							Seven Saint Paul Street
							Baltimore, Maryland  21202
							410.347.8700 Main Telephone
							410.752.7092 Main Facsimile
							bstrickland@wtplaw.com
							mfletcher@wtplaw.com
							ddaneman@wtplaw.com

							*Attorneys for Marion A. Hecht, Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2018 a true and correct copy of the foregoing Motion for Approval of (I) Final Report and Final Accounting; (II) Format of Proposed Order Discharging Receiver and Terminating Receivership; and (III) Form of Notice of Termination of Receivership was served via U.S. Mail and/or via electronic mail upon the following parties:

| | |
|---|---|
| Richard Hong<br>Securities & Exchange Commission<br>200 Versey Street, Suite 400<br>New York, NY  10281<br>hongr@sec.gov | David Neuman<br>Securities & Exchange Commission<br>100 F Street, NE Mail Stop 4010-A<br>Washington, DC 20549<br>neumand@sec.gov |
| Frank H. Wohl<br>Lankler Siffert & Wohl LLP<br>500 Fifth Avenue, 33rd Floor<br>New York, NY 10110<br>fwohl@lswlaw.com | Winston Paes<br>United States Attorney's Office<br>Eastern District of New York<br>271 Cadman Plaza East, 5th Floor<br>Brooklyn, NY 11201<br>winston.paes@usdoj.gov |
| Abigail Elizabeth Rosen<br>Lankler Siffert & Wohl<br>500 Fifth Avenue<br>33rd Floor<br>New York, NY 10110<br>arosen@lswlaw.com | Jason A. Jones<br>U.S. Department of Justice<br>1400 New York Avenue, NW<br>(Bond Building)<br>Washington, DC 20005<br>jason.jones5@usdoj.gov |

　　　　　　　　　　　　　　　　　　　　　 _/s/  Brent Charles Strickland___
　　　　　　　　　　　　　　　　　　　　　Brent Charles Strickland, Esquire